IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. M-03-2104-H |
| | ) | |
| JOSEPH A. PACHECO, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

TO: ROBERT D. DENNIS, Clerk

Pursuant to LCvR83.4, R.D. Evans, Jr., Assistant U.S. Attorney, appears on behalf of Plaintiff, United States of America, and certifies he is admitted to practice before this Court and that he is registered with the Court's Electronic Case Filing system.

Respectfully submitted,

JOHN C. RICHTER
United States Attorney

S/R.D. Evans, Jr.

R.D. Evans, Jr.
Louisiana Bar No. 20805
Assistant United States Attorney
Attorneys for the United States
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (phone)
(405) 553-8885 (fax)
E-mail: Don.Evans@usdoj.gov