IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. M-03-2104-H
)
JOSEPH A. PACHECO, )
)
Defendant. )

**PETITION FOR REMISSION OF SPECIAL ASSESSMENT**

The United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573 for remission of the special assessment imposed in this case.

**STATEMENT OF FACTS**

1. On October 28, 2003, judgment was entered by this court against the above named Defendant imposing a special assessment.

2. The United States has verified through the Court Clerk that as of October 25, 2006, the Defendant still owes the United States $30.00 on the special assessment.

3. The United States has received information from the Westlaw Death Records that Defendant died on August 3, 2005 in Oklahoma City, Oklahoma.

4. Title 18 U.S.C. § 3573 provides that:

> Upon petition by the Government showing that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may, in the interest of justice;
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties ...

WHEREFORE, the United States petitions this court for an Order pursuant to 18 U.S.C. §

3573 remitting the unpaid portion of the special assessment and grant such other and further relief as is just and proper.

Respectfully Submitted,

JOHN C. RICHTER

S/R.D. Evans, Jr.
R.D. EVANS, JR.
Louisiana Bar No. 20805
Assistant United States Attorney
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (phone)
(405) 553-8885 (fax)
E-mail: Don.Evans@usdoj.gov