IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. M-03-2104-H |
| | ) | |
| JOSEPH A. PACHECO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REMITTING SPECIAL ASSESSMENT**

Upon petition of the United States of America and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED, in accordance with the provision of 18 U.S.C. § 3573, that the unpaid portion of the special assessment imposed against the defendant in the amount of $30.00 is hereby REMITTED.

DATED this 18 day of Jan., 2007.

Ronald L Howland
RONALD L. HOWLAND
UNITED STATES MAGISTRATE JUDGE

APPROVED
R.D. EVANS, Jr.
Louisiana Bar No. 20805
Assistant United States Attorney
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102
(405)553-8700 (phone)
(405)553-8885 (fax)
E-mail: Don.Evans@usdoj.gov